## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **William McDermet** )<br><br>)<br>**Plaintiffs,** )<br><br>)<br>**v.** )<br><br>)<br>**John C. Heath Attorney PLLC** )<br>**Defendant.** )<br>_____) | **Civil Action No.**<br>**1:17-cv-12327-FDS** |

## SETTLEMENT ORDER OF DISMISSAL

**Saylor, U.S.D.J**

The Court has been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/s/ Taylor Halley

July 11th, 2018                                                  Deputy Clerk